NAME *Charles Hayden McManamy*

PRISON NUMBER *V-67232*

CURRENT ADDRESS OR PLACE OF CONFINEMENT
*Centinela State Prison*
*P.O. Box 921*
CITY, STATE, ZIP CODE
*Imperial, CA 92251*

FILED
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ✓   1983 ___
FILING FEE PAID
Yes ___   No ✓
IFP MOTION FILED
Yes ✓   No ___
COPIES SENT TO
Court ✓   ProSe ___

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

*Charles Hayden McManamy*
(FULL NAME OF PETITIONER)
PETITIONER

v.

*Victor M. Almagar, Warden*
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and
The Attorney General of the State of California, Additional Respondent.

Civil No. _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

'08 CV 0042 LAB CAB

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
*Riverside Superior Court  4100 Main Street, Riverside Ca. 92501*

2. Date of judgment of conviction: *12/16/04*

3. Trial court case number of the judgment of conviction being challenged:
*# RIF 108790*

4. Length of sentence: *1 year, + 25 To Life*

CIV 68 (Rev. Dec. 1998)                                    ::ODMA\PCDOCS\WORDPERFECT 22833\1

5. Sentence start date and projected release date: Start date: 1/14/05 Projected release date 11/3/2028

6. Offense(s) for which you were convicted or pleaded guilty (all counts): Robbery, with a vicarious arming enhancement, along with Two (2) strike priors

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☒ + bifurated Trial by Judge for strike priors
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes ☒ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the California Court of Appeal?
    ☒ Yes ☐ No

11. If you appealed in the California Court of Appeal, answer the following:
    (a) Result: DENIED
    (b) Date of result, case number and citation, if known: MARCH 7, 2006 #E037305
    (c) Grounds raised on direct appeal: Ineffective assistance of Counsel

12. If you sought further direct review of the decision on appeal by the California Supreme Court (e.g., a Petition for Review), please answer the following:
    (a) Result: Denied, Review
    (b) Date of result, case number and citation, if known:
       6/7/06  Appeal # E037305
    (c) Grounds raised:
       Ineffective assistance of Counsel

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:
    (a) Result:
    (b) Date of result, case number and citation, if known:

    (c) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
    ☒ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:
    (a) <u>California Superior Court</u> Case Number: RIF 108 790
    (b) Nature of proceeding: HAbEAS CoRpuS

    (c) Grounds raised: INEffective ASSIStance Of COUNSEL

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No
    (e) Result: _____
    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
    ☒ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information:
    (a) <u>California Court of Appeal</u> Case Number: E043361
    (b) Nature of proceeding: HABEAS CORPUS

    (c) Grounds raised:
    INEFFECTIVE ASSISTANCE OF COUNSEL

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: Denied
    (f) Date of result: 8/3/07

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Supreme Court</u>?
    ☒ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) <u>California Supreme Court</u> Case Number: u/n
    (b) Nature of proceeding: HABEAS CORPUS

    (c) Grounds raised:
    (1) INEFFECTIVE ASSISTANCE OF COUNSEL &
    (2) "
    (3) "
    (4) "    (Ground 5) due process violation by supreme court.
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: PENDING
    (f) Date of result: PENDING

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No   (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
             ☐ Denied on the merits?
             ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

<u>CAUTION</u>:
- <u>Exhaustion of State Court Remedies</u>: In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- <u>Single Petition</u>: If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- <u>Factual Specificity</u>: You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

(a) **GROUND ONE:** Petitioner was denied his right to the effective assistance of counsel when trial counsel failed to object to the introduction of "official records" without which records Petitioners "Federal Strike Priors" could not have been proven and thus Petitioners Sixth Amendment rights were violated.

**Supporting facts:**

At Petitioners trial, trial counsel failed to object to the states admission of State Exhibits 39 and 40 which were two (2) "CLETS" documents. The government utilized these two documents to provide the link between fingerprints known to be petitioners "(Fingerprint card, unrelated to Federal Priors)" and certified copies of convictions of federal bank robbery priors. The state established this nexis in a number of steps and had any of the steps been broken, there would have not been proof of the link. The trail court made a determination of the sufficiency of this evidence used to prove petitioners priors and found that the priors were proven beyond a reasonable doubt. however, petitioners trial counsel properly should have objected to the states introduction of the CLETS printouts because the printouts were **NOT** admissible in this case.

The proof the state used to make this nexis amounted essentially to heresay evidence and it was the duty of trial counsel to object to such evidence. Any reasonably competent counsel acting as a diligent advocate in behalf of his client **WOOD HAVE OBJECTED** to the admission of the CLETS printouts and counsels failure to object clearly

Cont.
Next Page.

-6-

prejudiced petitioner because absent the printouts there simply would **NOT** have been sufficient evidence to prove that petitioner had been convicted of the alleged prior convictions.

Did you raise **GROUND ONE** in the California Supreme Court?
☒ YES  ☐ NO

CONT PAGE 6

(b) **GROUND TWO**:

Supporting FACTS (state *briefly* without citing cases or law):

Did you raise GROUND TWO in the California Supreme Court?
☐ Yes ☐ No.

(c) **GROUND THREE**:

**Supporting FACTS** (state *briefly* without citing cases or law):

Did you raise <u>GROUND THREE</u> in the California Supreme Court?
☐ Yes ☐ No.

**(d) GROUND FOUR:**

Supporting **FACTS** (state *briefly* without citing cases or law):

Did you raise GROUND FOUR in the California Supreme Court?
☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☒ Yes ☐ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: California Supreme Court
    (b) Case Number: U/A
    (c) Date action filed: 12/28/07
    (d) Nature of proceeding: Habeas Corpus

    (e) Grounds raised:
    Ineffective Assistance of Counsel (4) Counts and Count 5 failure of Supreme court to file a Timely petition for Review for petitioner. (due process) 6th amendment

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: MR. Valadaz, Riverside CA 92501

    (b) At arraignment and plea: unknown

    (c) At trial: Frank Peasley, INNS Court 3877 Twelfth Street, Riverside CA 92501
    (d) At sentencing:
    Frank Peasley, Address same as above
    (e) On appeal: Scott Rand (Deceased)
    (f) In any post-conviction proceeding:

    (g) On appeal from any adverse ruling in a post-conviction proceeding:

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
_____

   (b) Give date and length of the future sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court:
_12/28/07_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_12/28/07_____  _Charles McMan_____
(DATE)                                            SIGNATURE OF PETITIONER

# FORM D

---

# PROOF OF SERVICE
## BY A PERSON IN STATE CUSTODY

---

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _CHARLES HAYDEN MCMANAMY_, declare:

I am over 18 years of age and a party to this action. I am a resident of _Centinela State Prison_ Prison,

in the county of _Imperial_,

State of California. My prison address is: _P.O. Box 921_,

On _12/28/07_ (DATE),

I served the attached: _Habeas Corpus_

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

_United States District Court, Southern District of California_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _12/28/07_ (DATE)    _Charles M Manamy_ (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 6/00)

::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Charles Hayden McManamy

2254  1983
FILING FEE PAID  Yes ☐  No ✓
IFP MOTION FILED  Yes ☐  No ✓
COPIES SENT TO  Court ☐  Pro Se ✓

DEFENDANTS

Almager

FILED
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Charles Hayden McManamy
PO Box 921
Imperial, CA 92251
V-67232

ATTORNEYS (IF KNOWN)

'08 CV 0042 LAB CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE  Docket Number

DATE 1/7/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller