PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 15, 2008

Office of the Clerk
USDC Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA. 92501

Re: McManamy v. Almager, Case No. 08cv0042-LAB(CAB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __s/ S Perez__
, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF __JAN 23 2008__
AND ASSIGNED CASE NUMBER __ED CV 08 - 00083 DSF JTL__

CLERK, U.S. DISTRICT COURT

By: _____, Deputy